■ JOSEPH BARSUK, INC., Appellant, v NIAGARA MOHAWK POWER CORPORATION, Respondent. [608 NYS2d 924] —Order unanimously modified on the law and as modified affirmed with costs to plaintiff in accordance with the following Memorandum: Supreme Court abused its discretion by *sua sponte* limiting discovery to the period from August 6, 1987 up to and including August 7, 1991. We modify Supreme Court's order, therefore, by deleting the last ordering paragraph. (Appeal

from Order of Supreme Court, Erie County, Whelan, J.—Discovery.) Present—Denman, P. J., Pine, Lawton, Doerr and Davis, JJ.